**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ACCESS ROAD RE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01156 |
| | ) | |
| GCMC SOLAR POWER VII, LLC, *et. al.*, | ) | |
| | ) | |
| Defendants, | ) | |

**REPORT CONCERNING MOTIONS FOR LEAVE TO WITHDRAW**

In its August 6, 2026 docket text order ("Order"), the Court ordered Defendants' counsel, Scott A. Wissel and Kenneth W. Borgnino of Lewis Rice LLC ("Movants"), to file a report addressing how their withdrawal addresses certain concerns of the Court.  Movants report as follows:

1.      Movants filed their motions for leave to withdraw on August 4, 2026.  (Docs. 105 and 106).

2.      In those motions, Movants represented to the Court that professional considerations required termination of Movant's representation of Defendants and the entry of an order allowing Movant's to withdraw from representing Defendants in this action.

3.      Movants have honored their ethical duties, have continued to represent Defendants, and agreed to represent Defendants in this action until the close of discovery as long as Defendants agreed to comply with certain terms and conditions typical of an engagement between an attorney and a client.

1

4.      In its Order, the Court noted that "the Missouri ethical rules prevent LLC's from representing themselves" and that "[g]enerally, this Court will not allow counsel to withdraw unless substitute counsel enters an appearance for the client."

5.      Defendants have not yet located or secured substitute counsel, but it is Movants' understanding that Defendants will continue their efforts to locate counsel and expect to have substitute counsel enter its appearance in September, after the close of discovery.

6.      Movants provided Defendants with a copy of the Court's Order on August 6, 2026.

7.      On August 12, 2026 at 10:45 a.m., Movants provided Defendants with a copy of this Report (which at the time contained only paragraphs 1-5, a sixth paragraph referring Defendants' certification, and Exhibit A) and requested that they certify that they agree to the contents of Paragraphs 1-5 above, or, alternatively, inform Movants what, if anything, they disagreed with.

8.      Movants explained the purpose of the Court's Order, the Court's directive that "[e]ach Defendant must also personally (or, where applicable, through its corporate representative) certify and sign that they agree with the contents of the report", and the importance of providing a timely response.

9.      Defendants acknowledged receipt of the Report and acknowledged that they understood that the Report and their certification concerning the contents of the Report were time sensitive and important.

10.      As of the date and time of this Report was filed (approximately 9:00 p.m. on August 13, 2026), Defendants have not provided Movants with a certification or any explanation for their inability or unwillingness to certify Paragraphs 1-5.

2

11.     Accordingly, Movants reiterate their representation to the Court that professional considerations require termination of Movant's representation of Defendants and respectfully request the entry of an order allowing Movant's to withdraw from representing Defendants in this action.

12.     In light of the continuing circumstances and continuing "professional considerations" that require the termination of Movant's representation of Defendants, Movants submit that the Court should (a) grant their Motion to Withdraw as to Defendant Michael Gardner (doc. 105) without further delay and (b) grant their motion to withdraw as to the corporate Defendants (doc. 106) in conjunction with its exercise of its authority to stay this action until such time as the corporate Defendants locate successor counsel, as those entities are unable to represent themselves.

Respectfully submitted,

By: */s/ Scott A. Wissel*
Scott A. Wissel, MO #49085
Kenneth W. Borgnino, MO #77476
LEWIS RICE LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Telephone:     (816) 421-2500
Facsimile:     (816) 472-2500
Email: sawissel@lewisricekc.com
Email: kborgnino@lewisricekc.com
*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2026, a true and correct copy of the foregoing was filed with the clerk of the Court, by using the Court's electronic filing system, which will automatically send a notice of electronic filing to interested parties. I further certify that on that same day a copy of the foregoing was sent via electronic mail to the following:

| | |
|---|---|
| GCMC Solar Power VII, LLC<br>8000 Maryland Ave #1300<br>Clayton, MO 63105<br>(314) 561-5900<br>michael@gardnercapital.com<br>rgeddie@gardnercapital.com | Michael Gardner<br>2501 N. Harwood Street, Suite 1520<br>Dallas, TX 75201<br>(314) 561-5901<br>michael@gardnercapital.com |
| MG NEC Fund, LLC<br>8000 Maryland Ave #1300<br>Clayton, MO 63105<br>(314) 561-5900<br>michael@gardnercapital.com<br>rgeddie@gardnercapital.com | GC Solar Finance, LLC<br>8000 Maryland Ave #1300<br>Clayton, MO 63105<br>(314) 561-5900<br>michael@gardnercapital.com<br>rgeddie@gardnercapital.com |
| GC Solar Finance MM, LLC<br>8000 Maryland Ave #1300<br>Clayton, MO 63105<br>(314) 561-5900<br>michael@gardnercapital.com<br>rgeddie@gardnercapital.com | GC Solar Powerco, LLC<br>8000 Maryland Ave #1300<br>Clayton, MO 63105<br>(314) 561-5900<br>michael@gardnercapital.com<br>rgeddie@gardnercapital.com |

*/s/ Scott A. Wissel*
*Attorney for Defendants*

4

## **Exhibit A**

**The undersigned hereby acknowledge that they have read the foregoing Report and hereby certify that each agrees with its contents.**

Date: _____          _____
                                    Michael Gardner


Date: _____          GCMC Solar Power VII, LLC


                                    By: _____

                                    Name: _____

                                    Title: _____


Date: _____          GC Solar Powerco, LLC


                                    By: _____

                                    Name: _____

                                    Title: _____


Date: _____          GC Solar Finance, LLC


                                    By: _____

                                    Name: _____

                                    Title: _____


Date: _____          GC Solar Finance MM, LLC


                                    By: _____

                                    Name: _____

                                    Title: _____

Date: _____          MG NEC Fund, LLC


By: _____

Name: _____

Title: _____

6